ELIZA W. RANDALL, Appellant, *v.* ARINGTON H. CARMAN, as Assignee of SEWARD S. SMITH, Respondent.

*Randall* v. *Carman*, 89 Hun, 84, affirmed.
(Argued December 15, 1897; decided January 11, 1898.)

APPEAL from a judgment of the General Term of the Supreme Court in the second judicial department, entered

September 28, 1895, which reversed a judgment in favor of plaintiff entered upon a decision of the court on trial at Circuit without a jury and dismissed the complaint.

*Thomas J. Ritch, Jr.*, for appellant.

*Timothy M. Griffing* for respondent.

Judgment affirmed, with costs, on opinion below.
All concur.